UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-23768

ANDRES GOMEZ, on his own and on behalf
of all other individuals similarly situated,

      Plaintiff,

vs.

MIAMI SUBS CORPORATION,

      Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, ANDRES GOMEZ (hereinafter referred to as "Plaintiff"), by and through undersigned counsel, hereby notifies the Court that the Plaintiff and Defendant, MIAMI SUBS CORPORATION, (hereinafter collectively referred to as the "Parties") are in the process finalizing the Settlement of this lawsuit (the "Action") and request that the Court stay all matters and pending deadlines in this Action. The Parties request thirty (30) days to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

Respectfully submitted,

**The Advocacy Group**
333 Las Olas Way, CU3 Suite 311
Fort Lauderdale, FL 33301
Telephone: (954) 282-1858
Email: service@advocacypa.com

_/s/ Jessica L. Kerr_____
Jessica L. Kerr, Esq.
Florida Bar No. 92810

<u>**CERTIFICATE OF SERVICE**</u>

       I certify that on December 4, 2017, I electronically filed the foregoing document with the

Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this

day on counsel of record in this action via email transmission and via transmission of Notices of

Electronic Filing generated by CM/ECF.

                         _/s/ Jessica L. Kerr_____
                         Jessica L. Kerr, Esq.
                         Florida Bar No. 92810