UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-23768-CIV-SEITZ

ANDRES GOMEZ,

    Plaintiff,

v.

MIAMI SUBS CORPORATION

    Defendant.

_____/

## NOTICE OF COURT PRACTICE REGARDING SETTLEMENT

THIS MATTER is before the Court on the Plaintiff's Notice of Settlement [DE-14] which states that the parties are in the process of settling all claims in this matter. Accordingly, it is hereby

ORDERED that:

(1) The parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a) shall be filed by **January 11, 2018**. If the parties do not comply with this Order, then the Court shall dismiss the case with prejudice;

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT; and

(3) This case is CLOSED for statistical purposes.

DONE AND ORDERED in Miami, Florida, this 5 day of December, 2017.

                                                PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:    All counsel of record